IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                         Case No. 4:22-cr-40001

WENDY WYNETTE GAMMON – 003
SHELLY RAE EASTRIDGE – 004
BONITA LOIS MARTIN – 005
MICHAEL WAYNE LANSDELL – 009
RUSTY LYNN GRIFFIN – 010
MICHAEL WALLACE MARTIN – 011
LANSDELL FAMILY CLINIC, PLLC – 012
LANSDELL FARMS, LLC – 013                                                                  DEFENDANTS

## ORDER

Before the Court is a Motion to Dismiss filed by the United States of America. ECF No. 263. The United States moves the Court to dismiss the Superseding Indictment (ECF No. 79) and original Indictment (ECF No. 1) as to the following Defendants in this matter: Wendy Wynette Gammon, Shelly Rae Eastridge, Bonita Lois Martin, Michael Wayne Lansdell, Rusty Lynn Griffin, Michael Wallace Martin, Lansdell Family Clinic, PLLC, and Lansdell Farms, LLC. Upon consideration, pursuant to Fed. R. Crim. P. 48(a), the Court finds that the motion should be and hereby is **GRANTED**. Accordingly, the Superseding Indictment (ECF No. 79) and original Indictment (ECF No. 1) as to the following Defendants are **DISMISSED WITH PREJUDICE**: Wendy Wynette Gammon, Shelly Rae Eastridge, Bonita Lois Martin, Michael Wayne Lansdell, Rusty Lynn Griffin, Michael Wallace Martin, Lansdell Family Clinic, PLLC, and Lansdell Farms, LLC.

**IT IS SO ORDERED**, this 7th day of November, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge